**No. 58207.**—Gehrig, Hoban & Co., Inc. *v.* United States, protest 223732–K (New York).

Opinion by OLIVER, C. J. The motion to dismiss was granted.